### SANDRA PETRO-ROY *v.* GENERAL MOTORS CORPORATION (3698)

HULL, SPALLONE and DALY, Js.

Submitted on briefs January 14—decision released February 4, 1986

*Laurence V. Parnoff* and *F. J. Polesak, Jr.,* filed a brief for the appellant (plaintiff).

*Ralph F. Scofield* filed a brief for the appellee (defendant).

PER CURIAM. There is no error.